IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | * | CASE NO. 26-11775 |
| | * | |
| RENADA COLLINS | * | |
| | * | SECTION A |
| | * | |
| *Debtors* | * | CHAPTER 7 |
| * * * * * * | * | |

**TRUSTEE'S OBJECTION TO PROPERTY**
**CLAIMED AS EXEMPT BY DEBTOR**

**NOW INTO COURT**, comes Trustee, Wilbur J. "Bill" Babin, Jr., in order to file this Objection to Property Claimed as Exempt by Debtor and with respect represents:

1.

Debtor filed her Bankruptcy Petition on or about July 20, 2026 and the 341 Meeting of Creditors was held and completed on August 20, 2026.

2.

At Schedule A/B-33, Debtor listed Pending Lawsuit / Legal Claim Pending lawsuit from 2023 (unliquidated claim) ("Lawsuit") as an asset of the Bankruptcy Estate. Debtor claimed that Lawsuit as exempt on Schedule C. Debtor did not list any law supporting that claimed exemption on Schedule C.

3.

At the Meeting of Creditors, Debtor testified that she had claimed the exemption and Trustee advised Debtor that the Lawsuit was not exempt. The Debtor has not withdrawn that claimed exemption.

4.

Accordingly, Trustee avers that the Debtor is not entitled to claim an exemption for the Lawsuit or any proceeds recovered therefrom.

**WHEREFORE**, Trustee prays that the Debtor be ordered to show cause on a date and time to be fixed by this Honorable Court why her claimed exemption in the Lawsuit should not be denied and why Trustee should not be authorized to administer said Lawsuit as a non-exempt asset of the Bankruptcy Estate.

And for all general and equitable relief as the nature of the case may permit.

RESPECTFULLY SUBMITTED:

*/s/ Wilbur J. "Bill" Babin, Jr.*

WILBUR J. "BILL" BABIN, JR. (1214)
Trustee
3027 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 837-1230
Telecopier: (504) 832-0324